IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re,

KATHERINE L. MELOT,                                             Civ. No. 13-cv-766 MV/RHS

       Debtor.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 12), filed April 24, 2014, which recommends the following motions be denied as moot: Debtor's Motion for Consideration (Doc. 5), Debtor's Motion to Reinstate Stay (Doc. 8), and Debtor's Motion to Voluntarily Withdraw Chapter 7 Bankruptcy (Doc. 10).   The Magistrate Judge further recommended "this cause be dismissed with prejudice as there remain no pending issues between the parties that require judicial determination" (Doc. 12). The time for filing objections expired May 12, 2014.   No objections have been filed.

The Court has made a *de novo* determination and agrees with the Magistrate Judge's Proposed Findings and Recommended Disposition, and will deny Debtors' Motions as moot, and dismiss this civil proceeding with prejudice.

**IT IS HEREBY ORDERED** that the Proposed Findings and Recommended Disposition of the Magistrate Judge **(Doc. 12)** are adopted by the Court.

**IT IS FURTHER ORDERED** that Debtor's Motion for Consideration (Doc. 5), Debtor's

Motion to Reinstate Stay (Doc. 8), and Debtor's Motion to Voluntarily Withdraw Chapter 7 Bankruptcy (Doc. 10) are **denied** and this civil proceeding is **dismissed with prejudice**.

SO ORDERED May 21, 2014.

_____
THE HONORABLE MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE